Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO.   CR23-001 RSL |
|---|---|
| Plaintiff, | |
| v. | |
| MILAN EDWARD JURKOVIC, | ORDER GRANTING THE DEFENSE MOTION TO FILE BRIEFING IN SUPPORT OF MOTIONS IN LIMINE IN EXCESS OF 12-PAGE LIMIT. |
| Defendant. | |

The Court having reviewed the Defense motion to file briefing in support of defense motions in limine in excess of 12-page limit orders:

IT IS HEREBY ORDERD that the Defense motion is Granted. The Defense may file briefing in support of motions in limine that does not exceed 27 pages.

DATED this this 29th day of November, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Court Judge

Order Granting Defense Motion to Exceed Page Limit. - 1
*U.S. v. Jurkovic, CR23-001RSL*

Attorney Ryan P. Anderson
1019 Regents Blvd. #204
Fircrest, WA 98466
971-227-0421