UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MILAN EDWARD JURKOVIC,<br>Defendant. | No. CR23-001 RSL<br><br>ORDER ON GOVERNMENT'S MOTIONS IN LIMINE |

This matter comes before the Court on the Government's motions in limine. Dkt. #40; Dkt. #41. The defendant does not oppose either motion. Dkt. #54. Having reviewed the submissions of the parties and the remainder of the record, the Court finds as follows:

### I.  BACKGROUND

Defendant faces trial for a charge of abusive sexual contact in violation of 18 U.S.C. § 2244(b) and 49 U.S.C. § 46506(1) for allegedly touching Minor Victim ("MV") without her permission on a flight from Paris to Seattle. Dkt. # 1.

### II.  DISCUSSION

**A. Dkt. 40**

**1. Motion in Limine No. 1**

ORDER ON THE GOVERNMENT'S MOTIONS IN LIMINE
- 1

The Government moves to exclude evidence, argument, or any mention of the potential consequences that could be imposed as a result of a guilty verdict. This motion is unopposed. The Government's motion is GRANTED.

### 2. Motion in Limine No. 2

The Government moves to exclude evidence, argument, or any mention of MV's sexual history. This motion is unopposed. The Government's motion is GRANTED.

## B. Dkt. 41

### 1. Amy Tsai's Opinion About Whether the Touching Occurred

The Government moves to exclude portions of Amy Tsai's testimony regarding her opinion about whether the defendant touched MV. The motion is unopposed. Dkt. #54. The Government's motion is GRANTED.

### 2. Lay Witness Opinion Testimony Regarding Medical Conditions

The Government moves to exclude opinions by lay witnesses regarding any medical conditions the defendant may or may not have. Dkt. # 41 at 3. The motion is unopposed. Dkt. #54. The Government's motion is GRANTED.

DATED this 1st day of December, 2023.

*MMS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ON THE GOVERNMENT'S MOTIONS IN LIMINE
- 2