UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MILAN EDWARD JURKOVIC,<br><br>    Defendant. | NO. CR23-1RSL<br><br>ORDER GRANTING THE DEFENSE ATTORNEY'S MOTION FOR WITHDRAWAL |

Defense attorney Ryan P. Anderson is permitted to withdraw from the above-referenced case.

DATED this 1st day of July, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING THE DEFENSE ATTORNEY'S MOTION FOR WITHDRAWAL