UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MILAN EDWARD JURKOVIC,<br><br>Defendant. | No. CR23-001-RSL<br><br>ORDER DENYING MOTION TO DELAY SURRENDER DATE |

This matter comes before the Court on Defendant's "Motion to Continue Surrender Date" (Dkt. # 120). Having considered the motion, the Government's opposition, the Defendant's reply, and the record, the Court DENIES the motion.

Defendant requests to delay his self-surrender date from July 31, 2024 to September 30, 2024. He argues that defense counsel needs additional time to (i) receive transcripts related to the above-captioned case, (ii) evaluate issues for appeal, and (iii) evaluate the merits of a motion for release pending appeal pursuant to 18 U.S.C. § 3143(b). Dkt. # 120. The Government opposes the motion, arguing the motion is a "transparent ploy for delay." Dkt. # 122.

The Court does not find any strategic delay by appellate counsel and agrees that Defendant does not pose a risk of flight or danger to the community. However, the Court is not amenable to a delay after conviction and sentencing just so counsel can see if there is reversible error in the trial transcript. An appellate court may decide whether an error occurred and may

ORDER DENYING MOTION TO DELAY SURRENDER DATE - 1

also decide whether release pending appeal is appropriate. The Court is not persuaded that delaying self-surrender is appropriate here.

For all of the foregoing reasons, Defendant's "Motion to Continue Surrender Date" (Dkt. # 120) is DENIED.

DATED this 29th day of July, 2024.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO DELAY SURRENDER DATE - 2