The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MILAN EDWARD JURKOVIC,<br><br>Defendant. | Case No. 2:23-CR-00001-RSL<br><br>**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW MOTION TO MODIFY SPECIAL CONDITIONS 10 AND 11 OF SUPERVISED RELEASE** |

This Court has considered Defendant Milan Jurkovic's Unopposed Motion to Withdraw Defendant's Motion to Modify Special Conditions 10 and 11 of Supervised Release (see Dkt.130), this proposed form of Order, and the pleadings and records already on file. It is therefore,

ORDERED that Mr. Jurkovic's Unopposed Motion to Withdraw Defendant's Motion to Modify Special Conditions 10 and 11 of Supervised Release (see Dkt. 130) is GRANTED.

DATED this 12th day of May, 2025.

_____
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

- 1 -

Order Granting Unopposed Motion to
Withdraw Defendant's Motion to
Modify Special Conditions 10 and 11 of
Supervised Release

NOLAN BARTON OLMOS
& LUCIANO, LLP
600 University Avenue
Palo Alto, CA 94301
(650) 326-2980

Presented by:

NOLAN BARTON OLMOS & LUCIANO, LLP

/s/ *Daniel B. Olmos*
Daniel B. Olmos (CA SBN: 235319)
Attorney for Milan Jurkovic

- 2 -

Order Granting Unopposed Motion to
Withdraw Defendant's Motion to Modify
Special Conditions 10 and 11 of
Supervised Release

NOLAN BARTON OLMOS
& LUCIANO, LLP
600 University Avenue
Palo Alto, CA 94301
(650) 326-2980