The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MILAN EDWARD JURKOVIC,<br><br>Defendant. | Case No. 2:23-CR-00001-RSL<br><br>**ORDER GRANTING UNOPPOSED MOTION TO MODIFY SPECIAL CONDITIONS 10 AND 11 OF SUPERVISED RELEASE** |

This Court has considered Defendant Milan Jurkovic's Unopposed Motion to Modify Special Conditions 10 and 11 of Supervised Release, this proposed form of Order, and the pleadings and records already on file. It is therefore,

ORDERED that Mr. Jurkovic's Motion to Modify Special Conditions 10 and 11 of Supervised Release is GRANTED. Special Conditions 10 and 11 of Mr. Jurkovic's supervised release shall be modified to require the following:

<u>Special Condition 10.</u> The defendant shall participate in a sexual deviancy evaluation conducted by a sexual deviancy treatment provider, monitored by the U.S. Probation Officer, while maintaining his Fifth Amendment rights. The treatment provider shall be trained and experienced in the treatment of sexual deviancy, and follow the guideline practices established by the Association for the Treatment of Sexual Abusers (ATSA). The sexual deviancy evaluation may include psychological and physiological testing, not to include plethysmograph. The defendant shall disclose all previous sex offender or mental health evaluations to the treatment provider. The defendant shall also contribute to the costs of the

- 1 -

Order Granting Unopposed Motion
to Modify Special Conditions 10 and
11 of Supervised Release

NOLAN BARTON OLMOS
& LUCIANO, LLP
600 University Avenue
Palo Alto, CA 94301
(650) 326-2980

evaluation, according to his/her ability, as determined by the U.S. Probation Officer.

Special Condition 11. The defendant shall actively participate and make reasonable progress in a certified sexual deviancy treatment program, monitored by the U.S. Probation Officer, while maintaining his Fifth Amendment rights. The sexual deviancy treatment program shall follow the guideline practices established by the Association for the Treatment of Sexual Abusers (ATSA). The program shall offer individual and group sessions, and appropriate testing, to determine the defendant's patterns of sexual arousal, and to monitor the defendant's progress and compliance with treatment goals and conditions of supervision. The defendant shall disclose all previous sex offender or mental health evaluations to the treatment provider. The defendant shall also contribute to the costs of treatment, according to his/her ability, as determined by the U.S. Probation Officer.

DATED this 23rd day of May, 2025.

_____
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

NOLAN BARTON OLMOS & LUCIANO, LLP


  /s/ *Daniel B. Olmos*
Daniel B. Olmos (CA SBN: 235319)
Attorney for Milan Jurkovic

- 2 -

| Order Granting Unopposed Motion to Modify Special Conditions 10 and 11 of Supervised Release | NOLAN BARTON OLMOS & LUCIANO, LLP 600 University Avenue Palo Alto, CA 94301 (650) 326-2980 |
|---|---|